(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 AUG 11 PM 1:49

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

Secunda Williams-Starr

**Case No.**

2  2 0 C V 4 1 0 5

Judge Sargus

MAGISTRATE JUDGE JOLSON

**vs.**

**Defendants(s)**

Twin Valley
Behaviorable Healthcare

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?                    Yes_____          No _✗_

   A. If you answered "Yes":

      (1) What is the name and address of your employer

      _____

      _____

      (2) How much do you earn per month?

      _____

   B. If you answered "No"

      (1) Have you ever been employed?     Yes _✓_          No_____

      If yes, what was the last year and month you were
      employed?   _2014_____

      How much did you earn a month? _____

II. What is your marital status?

   Single _✓_          Married_____          Widowed_____          Divorced_____

   A. If you answered "Married":

      (1) Is your spouse employed? Yes_____          No_____

      If yes, how much does your spouse earn each month?

      $_____

III. Do you have any dependents?          Yes_____          No _✓_

   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
|      |              |        |
|      |              |        |
|      |              |        |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?          Yes_____          No_____

   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
|        | $ 0    |        | $ 0    |
|        | $ 0    |        | $ 0    |
|        | $ 0    |        | $ 0    |

-2-

**V. Do you have any cash on hand or money in a savings, checking, or other account?**

Yes ✓        No ✗ SW

A. If you answered "Yes", state the combined total amount:

$ 5.00 .

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**

Yes____        No____

A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | | Property | Value |
|---|---|---|---|---|
| See Prouery | $ | | See Proueory | $ |
| | $ | | | $ |
| | $ | | | $ |
| | $ | | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | | Creditor | Amount Owed |
|---|---|---|---|---|
| | $ 0 | | | $ 0 |
| | $ 0 | | | $ 0 |
| | $ 0 | | | $ 0 |
| | $ 0 | | | $ 0 |

**VIII. State your address and telephone number where the Court can reach you.**

Secuwoa Williams

216 645 - 3860

32 W Wesgate

I declare under penalty of perjury that the above information is true and correct.

8-11-20                    _____

Date                       Signature of Applicant

-3-