UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SECUNDA WILLIAMS-STARR,**

      **Plaintiff,**                               **Case No. 2:20-cv-4105**

      v.                                         **JUDGE EDMUND A. SARGUS, JR.**
                                               **Magistrate Judge Kimberly A. Jolson**

**TWIN VALLEY BEHAVIORAL**
**HEALTHCARE HOSPITAL,**

      **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 12, 2020. (ECF No. 3). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **GRANTED** (ECF No. 1). Furthermore, in accordance with the Report and Recommendation, this action is **DISMISSED without prejudice** in its entirety.

      IT IS SO ORDERED.


**9/2/2020**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                  **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**